**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MAXWELL KELLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL,<br><br>    Defendants. | CASE No.: 3:25-cv-01441-KAD<br><br>**NOTICE OF MOTION AND MOTION OF JOHN HARDING TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), John Harding ("Movant") hereby moves this Court, the Honorable Kari A. Dooley, on a date and at a time to be designated by the Court, for an order:

    (a)    appointing Movant to serve as Lead Plaintiff in this action; and

    (b)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Faxon Law Group, LLC as Liaison Counsel for the litigation.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated November 3, 2025 (and exhibits); (ii) the Declaration of Brittany S. Cates and exhibits filed herewith; and (iii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

1

Dated: November 3, 2025                    Respectfully submitted,


                                           **FAXON LAW GROUP, LLC**

                                           /s/Brittany S. Cates(ct27106)
                                           Brittany S. Cates, Esq.
                                           59 Elm Street
                                           New Haven, CT 06510
                                           Telephone: 203.624.9500
                                           Email: bcates@faxonlawgroup.com

                                           *[Proposed] Liaison Counsel for Plaintiff and the Class*

                                           **THE ROSEN LAW FIRM, P.A.**
                                           Phillip Kim, Esq.
                                           Laurence M. Rosen, Esq.
                                           275 Madison Avenue, 40th Floor
                                           New York, New York 10016
                                           Telephone: (212) 686-1060
                                           Fax: (212) 202-3827
                                           Email: philkim@rosenlegal.com
                                           Email: lrosen@rosenlegal.com

                                           *[Proposed] Lead Counsel for Lead Plaintiff and Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 3, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Brittany S. Cates (ct27106)</u>
Brittany S. Cates, Esq.

3