**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MAXWELL KELLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL<br><br>    Defendants. | Case No.: 3:25-cv-01441-KAD<br><br>**DECLARATION OF JOEL T. FAXON IN SUPPORT OF MOTION OF JOHN HARDING TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u> |

I, Brittany S. Cates, hereby declare under penalty of perjury:

1. I am a partner of Faxon Law Group, LLC, [Proposed] Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Connecticut and before this Court. I make this Declaration in support of the Motion of John Harding ("Movant") to be appointed as Lead Plaintiff and for approval of The Rosen Law Firm, P.A. to serve as Lead Counsel and Faxon Law Group, LLC to serve as Liaison Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice that a law firm disseminated on a national wire service.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of The Rosen Law Firm, P.A.

1

2

6.      Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Faxon Law Group, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 3, 2025                    /s/Brittany S. Cates
                                              Brittany S. Cates, Esq.

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Brittany S. Cates</u>
Brittany S. Cates, Esq.