# Exhibit 1



**Source:** *Levi & Korsinsky, LLP*

*September 03, 2025 18:21 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Tronox Holdings plc Common Stock and Sets a Lead Plaintiff Deadline of November 3, 2025

NEW YORK, Sept. 03, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired common stock of Tronox Holdings plc ("Tronox" or the "Company") (NYSE: TROX) between February 12, 2025, to July 30, 2025, inclusive. You are hereby notified** that the class action lawsuit *Maxwell Keller v. Tronox Holdings plc, et al.* (Case No. 3:25-cv-01441) has been commenced in the United States District Court for the District of Connecticut. To get more information **go to:**

https://zlk.com/pslra-1/tronox-holdings-plc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of Tronox's ability to forecast the

demand for its pigment and zircon products or otherwise the true state of its commercial division, despite making forty long-term projections, Tronox's forecasting processes fell short as sales continued to decline and costs increased, ultimately, derailing the Company's revenue projections.

On July 30, 2025, Tronox announced its financial results for the second quarter of fiscal 2025, revealing a significant reduction in TiO2 sales for the quarter. The Company attributed the decline to "softer than anticipated coatings season and heightened competitive dynamics." As a result of the setback in sales, defendants revised the Company's 2025 financial outlook lowering its full-year revenue guidance and reducing its dividend by 60%.

Following this news, Tronox's common stock declined dramatically. From a closing market price of $5.14 per share on July 30, 2025, Tronox's stock price fell to $3.19 per share on July 31, 2025, a decline of about 38% in the span of just a single day.

**If you suffered a loss in TROX common stock, you have until November 3, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com