# Exhibit 3

**Tronox Holdings plc Loss Chart**
**Class Period: February 12, 2025 through July 30, 2025, dates inclusive**

**Lookback Price**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $3.99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Harding | 6/30/2025 | 200 | ($5.00) | ($1,000.00) | | | | | | | | |
| | | **200** | | **($1,000.00)** | | **0** | | **$0.00** | **200** | **$797.80** | **($202.20)** | |