**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MAXWELL KELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL,<br><br>Defendants. | Case No.: 3:25-cv-01441-KAD |

**MOTION OF JASON D. SMITH FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Jason D. Smith ("Movant") respectfully moves this Court for an order: (1) appointing Movant as lead plaintiff in the above-captioned action (the "Action") pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory M. Potrepka in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: November 3, 2025

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Gregory M. Potrepka*
Gregory M. Potrepka
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: potrepka@zlk.com

*Lead Counsel for Jason D. Smith and [Proposed]*
*Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 3, 2025, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF.

/s/ Gregory M. Potrepka
Gregory M. Potrepka