**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MAXWELL KELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL,<br><br>Defendants. | Case No.: 3:25-cv-01441-KAD |

**DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF JASON D. SMITH'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Gregory M. Potrepka, hereby declare as follows:

1.     I am a partner at Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Jason D. Smith ("Movant") and proposed lead counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint him to serve as Lead Plaintiff on behalf of the putative Class in the above-captioned action (the "Action") and to approve Movant's selection of Levi & Korsinsky as lead counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:     Certification of Movant attaching transactions made in Tronox Holdings PLC ("Tronox" or the "Company") during the Class Period;

**Exhibit B**:     Table of the calculated losses incurred by Movant as a result of transactions in Tronox common stock;

**Exhibit C**:     Press release published September 3, 2025 on *Globe Newswire*, announcing

2

the pendency of the Action;

**Exhibit D**:     Movant's individual declaration in support of his motion; and

**Exhibit E**:     Firm résumé of Levi & Korsinsky.


I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: November 3, 2025                           By: */s/ Gregory M. Potrepka*
                                                        Gregory M. Potrepka

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on November 3, 2025, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Gregory M. Potrepka*
Gregory M. Potrepka