# EXHIBIT B

| Client Name | Jason D. Smith |
|---|---|
| Company Name | Tronox Holdings plc |
| Ticker Symbol | TROX |
| Security Type | |
| Class Period Start | 02-12-2025 |
| Class Period End | 07-30-2025 |
| 90-DAY Lookback Period Start | 07-31-2025 |
| 90-DAY Lookback Period End | 10-28-2025 |
| 90-DAY Lookback Average | $ 03.99 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $23,375.79 |
| Gross Shares Purchased | 16,500 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 03-05-2025 | 1000 | 7.23 | $ 7,230.00 | 07-01-2025 | 1000 | | $ 05.02 | $ 5,020.20 | - | - | - | $ 03.99 | | $ 2,209.80 |
| 03-06-2025 | 1000 | 7.2 | $ 7,200.00 | 07-01-2025 | 1000 | | $ 05.02 | $ 5,020.20 | - | - | - | $ 03.99 | | $ 2,179.80 |
| 03-06-2025 | 1000 | 7.1453 | $ 7,145.30 | 07-01-2025 | 1000 | | $ 05.02 | $ 5,020.20 | - | - | - | $ 03.99 | | $ 2,125.10 |
| 03-06-2025 | 611 | 7.1656 | $ 4,378.18 | 07-01-2025 | 611 | | $ 05.02 | $ 3,067.34 | - | - | - | $ 03.99 | | $ 1,310.84 |
| 03-06-2025 | 389 | 7.1995 | $ 2,800.61 | 07-01-2025 | 389 | | $ 05.02 | $ 1,952.86 | - | - | - | $ 03.99 | | $ 847.75 |
| 03-13-2025 | 400 | 6.7199 | $ 2,687.96 | 04-08-2025 | 400 | | $ 04.45 | $ 1,780.04 | - | - | - | $ 03.99 | | $ 907.92 |
| 03-13-2025 | 100 | 6.7199 | $ 671.99 | 04-08-2025 | 100 | | $ 04.45 | $ 445.01 | - | - | - | $ 03.99 | | $ 226.98 |
| 03-13-2025 | 300 | 6.7199 | $ 2,015.97 | 04-08-2025 | 300 | | $ 04.46 | $ 1,338.00 | - | - | - | $ 03.99 | | $ 677.97 |
| 03-13-2025 | 100 | 6.7199 | $ 671.99 | 04-08-2025 | 100 | | $ 04.46 | $ 446.00 | - | - | - | $ 03.99 | | $ 225.99 |
| 03-13-2025 | 57 | 6.7199 | $ 383.03 | 04-08-2025 | 57 | | $ 04.45 | $ 253.65 | - | - | - | $ 03.99 | | $ 129.38 |
| 03-13-2025 | 43 | 6.7199 | $ 288.96 | 04-08-2025 | 43 | | $ 04.45 | $ 191.35 | - | - | - | $ 03.99 | | $ 97.60 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.88 | $ 587.50 | - | - | - | $ 03.99 | | $ 23.50 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.88 | $ 587.51 | - | - | - | $ 03.99 | | $ 23.49 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.87 | $ 587.40 | - | - | - | $ 03.99 | | $ 23.60 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.87 | $ 587.00 | - | - | - | $ 03.99 | | $ 24.00 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.87 | $ 587.00 | - | - | - | $ 03.99 | | $ 24.00 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.87 | $ 587.11 | - | - | - | $ 03.99 | | $ 23.89 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.87 | $ 587.11 | - | - | - | $ 03.99 | | $ 23.89 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.88 | $ 587.51 | - | - | - | $ 03.99 | | $ 23.49 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.89 | $ 589.00 | - | - | - | $ 03.99 | | $ 22.00 |
| 04-03-2025 | 100 | 6.11 | $ 611.00 | 04-03-2025 | 100 | | $ 05.88 | $ 588.00 | - | - | - | $ 03.99 | | $ 23.00 |
| 04-03-2025 | 600 | 6.095 | $ 3,657.00 | 04-03-2025 | 600 | | $ 05.89 | $ 3,534.84 | - | - | - | $ 03.99 | | $ 122.16 |
| 04-03-2025 | 100 | 6.095 | $ 609.50 | 04-03-2025 | 100 | | $ 05.89 | $ 589.18 | - | - | - | $ 03.99 | | $ 20.32 |
| 04-03-2025 | 100 | 6.095 | $ 609.50 | 04-03-2025 | 100 | | $ 05.89 | $ 589.18 | - | - | - | $ 03.99 | | $ 20.32 |
| 04-03-2025 | 100 | 6.095 | $ 609.50 | 04-03-2025 | 100 | | $ 05.89 | $ 589.10 | - | - | - | $ 03.99 | | $ 20.40 |
| 04-03-2025 | 100 | 6.095 | $ 609.50 | 04-03-2025 | 100 | | $ 05.89 | $ 589.18 | - | - | - | $ 03.99 | | $ 20.32 |
| 05-01-2025 | 1000 | 5.27 | $ 5,270.00 | 07-01-2025 | 1000 | | $ 05.02 | $ 5,020.20 | - | - | - | $ 03.99 | | $ 249.80 |
| 05-07-2025 | 2000 | 4.9094 | $ 9,818.80 | 06-30-2025 | 2000 | | $ 05.12 | $ 10,240.20 | - | - | - | $ 03.99 | | -$ 421.40 |
| 07-07-2025 | 1059 | 5.2999 | $ 5,612.59 | 07-31-2025 | | 1059 | $ 03.30 | | $ 3,494.70 | 1059 | - | $ 03.99 | | $ 2,117.89 |
| 07-07-2025 | 1800 | 5.2999 | $ 9,539.82 | 07-31-2025 | | 1800 | $ 03.31 | | $ 5,958.18 | 1800 | - | $ 03.99 | | $ 3,581.64 |
| 07-07-2025 | 1063 | 5.2999 | $ 5,633.79 | 07-31-2025 | | 1063 | $ 03.31 | | $ 3,518.53 | 1063 | - | $ 03.99 | | $ 2,115.26 |
| 07-07-2025 | 237 | 5.295 | $ 1,254.92 | 07-31-2025 | | 237 | $ 03.31 | | $ 784.71 | 237 | - | $ 03.99 | | $ 470.21 |
| 07-07-2025 | 841 | 5.295 | $ 4,453.10 | 07-31-2025 | | 841 | $ 03.30 | | $ 2,775.30 | 841 | - | $ 03.99 | | $ 1,677.80 |
| 07-30-2025 | 2 | 5.1799 | $ 10.36 | 07-30-2025 | 2 | | $ 04.60 | $ 09.20 | - | - | - | $ 03.99 | | $ 01.16 |
| 07-30-2025 | 154 | 5.1799 | $ 797.70 | 07-30-2025 | 154 | | $ 04.51 | $ 694.54 | - | - | - | $ 03.99 | | $ 103.16 |
| 07-30-2025 | 344 | 5.1799 | $ 1,781.89 | 07-30-2025 | 344 | | $ 04.50 | $ 1,548.03 | - | - | - | $ 03.99 | | $ 233.85 |
| 07-30-2025 | 1000 | 5.1799 | $ 5,179.90 | 07-31-2025 | | 1000 | $ 03.31 | | $ 3,311.00 | 1000 | - | $ 03.99 | | $ 1,868.90 |
| Matched against pre class period holdings | | | | 02-12-2025 | 1032 | | $ 09.79 | $ 10,103.28 | - | - | - | $ 03.99 | | |
| Matched against pre class period holdings | | | | 02-13-2025 | 1000 | | $ 08.74 | $ 8,744.00 | - | - | - | $ 03.99 | | |
| Matched against pre class period holdings | | | | 02-13-2025 | 500 | | $ 08.76 | $ 4,380.05 | - | - | - | $ 03.99 | | |
| Matched against pre class period holdings | | | | 02-14-2025 | 500 | | $ 07.95 | $ 3,975.00 | - | - | - | $ 03.99 | | |
| Matched against pre class period holdings | | | | 02-14-2025 | 2000 | | $ 07.75 | $ 15,501.00 | - | - | - | $ 03.99 | | |
| Matched against pre class period holdings | | | | 02-27-2025 | 1000 | | $ 07.87 | $ 7,870.00 | - | - | - | $ 03.99 | | |
| Matched against pre class period holdings | | | | 02-27-2025 | 4000 | | $ 07.77 | $ 31,080.40 | - | - | - | $ 03.99 | | |
| Total: | 16,500 | | $97,031.85 | | 20,532 | 6000 | | $135,467.38 | $19,842.42 | 6,000 | | | | $23,375.79 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.