UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MAXWELL KELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL,<br><br>Defendants. | Case No.  3:25-cv-01441-KAD<br><br>**November 3, 2025** |

NOTICE OF MOTION OF TRAVIS GRUBE AND DEAN GAUTIER FOR APPOINTMENT
AS LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Travis Grube ("Grube") and Dean Gautier ("Gautier"), by and through their counsel, will and do hereby move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Grube and Gautier as Lead Plaintiffs on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Tronox Holdings PLC common stock between February 12, 2025 and July 30, 2025, inclusive; and (2) approving proposed Lead Plaintiffs' selection of Pomerantz LLP and The Schall Law Firm as Co-Lead Counsel for the Class.

Dated:  November 3, 2025                    Respectfully submitted,

                                           POMERANTZ LLP

                                           */s/ Emily C. Finestone*
                                           Emily C. Finestone (Bar No. ct30250)
                                           Jeremy A. Lieberman
                                           (*pro hac vice* application forthcoming)
                                           J. Alexander Hood II
                                           (*pro hac vice* application forthcoming)
                                           600 Third Avenue, 20th Floor
                                           New York, New York 10016
                                           Telephone: (212) 661-1100
                                           Facsimile: (917) 463-1044
                                           efinestone@pomlaw.com
                                           jalieberman@pomlaw.com
                                           ahood@pomlaw.com

                                           THE SCHALL LAW FIRM
                                           Brian Schall
                                           (*pro hac vice* application forthcoming)
                                           Adam Rosen
                                           (*pro hac vice* application forthcoming)
                                           2049 Century Park East, Suite 2460
                                           Los Angeles, CA 90067
                                           Telephone: (310) 301-3335
                                           Facsimile: (213) 519-5876
                                           brian@schallfirm.com
                                           adam@schallfirm.com

*Counsel for Travis Grube and Dean Gautier and*
*Proposed Co-Lead Counsel for the Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Emily C. Finestone
Emily C. Finestone