UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

|  |  |
|---|---|
| MAXWELL KELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>       v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL,<br><br>          Defendants. | Case No.  3:25-cv-01441-KAD<br><br>**November 3, 2025** |

DECLARATION OF EMILY C. FINESTONE IN SUPPORT OF MOTION OF
TRAVIS GRUBE AND DEAN GAUTIER FOR APPOINTMENT AS
LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL

I, Emily C. Finestone, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Travis Grube ("Grube") and Dean Gautier ("Gautier"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Grube and Gautier's motion for appointment as Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz and The Schall Law Firm ("SLF") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Grube and Gautier's financial interest in this litigation; |
| Exhibit B: | Press release published via *Globe Newswire* on September 3, 2025, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certifications executed by Grube and Gautier; |
| Exhibit D: | Joint Declaration executed by Grube and Gautier; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of SLF. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 3, 2025.

*/s/ Emily C. Finestone*
Emily C. Finestone

1

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Emily C. Finestone*
Emily C. Finestone

2