# EXHIBIT A

**Tronox Holdings plc (TROX)**
**Class Period: February 12, 2025 to July 30, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $3.9949 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Dean Gautier | | 130 | | ($743) | | 0 | | $0 | 130 | $519 | ($223) |
| Travis Grube | | 200 | | ($1,775) | | 0 | | $0 | 200 | $799 | ($976) |
| **Dean Gautier; Travis Grube** | | **330** | | **($2,518)** | | **0** | | **$0** | **330** | **$1,318** | **($1,199)** |
| | | | | | | | | | | | |
| Dean Gautier | 2/13/2025 | 10 | $8.7700 | ($88) | | | | | | | |
| Dean Gautier | 2/14/2025 | 10 | $8.6600 | ($87) | | | | | | | |
| Dean Gautier | 4/3/2025 | 50 | $5.8200 | ($291) | | | | | | | |
| Dean Gautier | 4/9/2025 | 50 | $4.4500 | ($223) | | | | | | | |
| Dean Gautier | 4/9/2025 | 10 | $5.4900 | ($55) | | | | | | | |
| **Dean Gautier** | | **130** | | **($743)** | | **0** | | **$0** | **130** | **$519** | **($223)** |
| | | | | | | | | | | | |
| Travis Grube | 2/13/2025 | 100 | $8.7500 | ($875) | | | | | | | |
| Travis Grube** | 3/24/2025 | 100 | $9.0000 | ($900) | | | | | | | |
| **Travis Grube** | | **200** | | **($1,775)** | | **0** | | **$0** | **200** | **$799** | **($976)** |

*Avg Closing Prices from July 31, 2025 to October 28, 2025
**Common stock acquired on 3/24/2025 via a put option contract assigned on 3/24/2025