UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MAXWELL KELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL,<br><br>Defendants. | Case No.  3:25-cv-01441-KAD<br><br>**November 24, 2025** |

NOTICE OF NON-OPPOSITION OF TRAVIS GRUBE AND DEAN GAUTIER TO
COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On November 3, 2025, Travis Grube ("Grube") and Dean Gautier ("Gautier), by and through their counsel, filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Grube and Gautier as Lead Plaintiffs on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Tronox Holdings PLC common stock between February 12, 2025 and July 30, 2025, inclusive; and (2) approving proposed Lead Plaintiffs' selection of Pomerantz LLP and The Schall Law Firm as Co-Lead Counsel for the Class.  Dkt. No. 12.

Having reviewed the competing motions before the Court, it appears that Grube and Gautier do not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Grube and Gautier's membership in the proposed Class or their right to share in any recovery obtained for the benefit of Class members.

Dated:  November 24, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Emily C. Finestone*
Emily C. Finestone (Bar No. ct30250)
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
efinestone@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

THE SCHALL LAW FIRM
Brian Schall
Adam Rosen

1

2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
adam@schallfirm.com

*Counsel for Travis Grube and Dean Gautier*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 24, 2025, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Emily C. Finestone*
Emily C. Finestone

3