**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MAXWELL KELLER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRONOX HOLDINGS PLC, JOHN D. ROMANO, and D. JOHN SRIVISAL,<br><br>    Defendants. | **Case No: 3:25-cv-01441-KAD**<br><br>**Judge Kari A. Dooley**<br><br>**CLASS ACTION** |

**DECLARATION OF BRITTANY S. CATES IN SUPPORT OF THE REPLY MEMORANDUM OF LAW OF JOHN HARDING IN FURTHER OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION**

Brittany S. Cates hereby declares as follows:

1.     I am an attorney with Faxon Law Group, LLC, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in further support of the motion of John Harding ("Movant") for appointment as Lead Plaintiff for the Class and approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Faxon Law Group, LLC as Liaison Counsel for the Class.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a loss chart filed by Levi & Korsinsky, LLP ("L&K") in *Olsson v. PLDT Inc. et al.*, 2:23-cv-00885-CJC-MAA (C.D. Cal. 2023), under docket number 9-4.

3.     Attached hereto as Exhibit 2 is a true and correct copy of an opposition brief filed by defendants in *Olsson v. PLDT Inc. et al.*, 2:23-cv-00885-CJC-MAA (C.D. Cal. 2023), under docket number 19.

1

2

4.      Attached hereto as Exhibit 3 is a true and correct copy of a reply brief filed by L&K in *Olsson v. PLDT Inc. et al.*, 2:23-cv-00885-CJC-MAA (C.D. Cal. 2023), under docket number 20.

5.      Attached hereto as Exhibit 4 is a copy of a loss chart filed by L&K in *Pujo v. EHang Holdings Limited et al.*, 2:23-cv-10165, Dkt. No. 12 (C.D. Cal. 2024), under docket number 12-4.

6.      I declare under the penalty of perjury that the foregoing is true and correct.


Executed on December 8, 2025.


                                        */s/ Brittany S. Cates*
                                        Brittany S. Cates

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ *Brittany S. Cates (CT27196)*</u>
Brittany S. Cates