# Exhibit 1

# EXHIBIT B

| Client Name | Kevin Douglas |
|---|---|
| Company Name | PLDT Inc. |
| Ticker Symbol | PHI |
| Security Type | |
| Class Period Start | 01-01-2019 |
| Class Period End | 12-19-2022 |
| 90-DAY Lookback Period Start | 12-20-2022 |
| 90-DAY Lookback Period End | 03-19-2023 |
| 90-DAY Lookback Average | $ 24.56 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $240.23 |
| DURA LIFO* Total | $240.23 |
| Gross Shares Purchased | 35 |
| Net Shares Retained | 35 |
| Net Funds Expended | $1,130.15 |

### Kevin Douglas

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Settlement Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-07-2021 | 35 | 32.29 | $ 1,130.15 | 02-10-2023 | | 35 | $ 25.43 | | $ 889.92 | 35 | - | $ 24.56 | | $ 240.23 | $ 240.23 |
| Total: | 35 | | $1,130.15 | | | 35 | | | $889.92 | 35 | | | | $240.23 | $240.23 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.