# Exhibit 4

# EXHIBIT B

| | |
|---|---|
| Client Name | Sean Bradley |
| Company Name | EHang Holdings Limited |
| Ticker Symbol | EH |
| Security Type | |
| Class Period Start | 01-20-2022 |
| Class Period End | 11-06-2023 |
| 90-DAY Lookback Period Start | 11-07-2023 |
| 90-DAY Lookback Period End | 02-02-2024 |
| 90-DAY Lookback Average | $ 15.04 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($263.41) |
| DURA LIFO* Total | ($263.41) |
| Gross Shares Purchased | 39 |
| Net Shares Retained | 39 |
| Net Funds Expended | $323.31 |

### Sean Bradley - Account 1

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-14-2022 | 39 | 8.29 | $ 323.31 | | | | | | - | 39 | 39 | $ 15.04 | $ 586.72 | -$ 263.41 | -$ 263.41 |
| Total: | 39 | | $323.31 | | | | | | | 39 | 39 | | $586.72 | -$ 263.41 | -$ 263.41 |

| | |
|---|---|
| Client Name | Sean Bradley |
| Company Name | EHang Holdings Limited |
| Ticker Symbol | EH |
| Security Type | |
| Class Period Start | 01-20-2022 |
| Class Period End | 11-06-2023 |
| 90-DAY Lookback Period Start | 11-07-2023 |
| 90-DAY Lookback Period End | 02-02-2024 |
| 90-DAY Lookback Average | $ 15.04 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 685.66 |
| DURA LIFO* Total | $ 685.66 |
| Gross Shares Purchased | 501.77952 |
| Net Shares Retained | 501.77952 |
| Net Funds Expended | $ 8,403.03 |

### Sean Bradley - Account 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-14-2022 | 195.43951 | 15.54 | $ 3,037.13 | 01-29-2024 | | 195.43951 | $ 15.38 | | $ 3,005.86 | 195.43951 | - | $ 15.04 | | $ 31.27 | $ 31.27 |
| 08-21-2023 | 35.96284 | 17.49 | $ 628.99 | 01-29-2024 | | 35.96284 | $ 15.38 | | $ 553.11 | 35.96284 | - | $ 15.04 | | $ 75.88 | $ 75.88 |
| 10-17-2023 | 40.89572 | 19.85 | $ 811.78 | 01-29-2024 | | 40.89572 | $ 15.38 | | $ 628.98 | 40.89572 | - | $ 15.04 | | $ 182.80 | $ 182.80 |
| 10-17-2023 | 4 | 19.85 | $ 79.40 | 01-29-2024 | | 4 | $ 15.38 | | $ 61.52 | 4 | - | $ 15.04 | | $ 17.88 | $ 17.88 |
| 10-17-2023 | 29.41854 | 20.07 | $ 590.43 | 01-29-2024 | | 29.41854 | $ 15.38 | | $ 452.46 | 29.41854 | - | $ 15.04 | | $ 137.97 | $ 137.97 |
| 10-17-2023 | 1 | 20.07 | $ 20.07 | 01-29-2024 | | 1 | $ 15.38 | | $ 15.38 | 1 | - | $ 15.04 | | $ 04.69 | $ 04.69 |
| 10-20-2023 | 145.93272 | 17.24 | $ 2,515.88 | 01-29-2024 | | 145.93272 | $ 15.38 | | $ 2,244.45 | 145.93272 | - | $ 15.04 | | $ 271.43 | $ 271.43 |
| 10-20-2023 | 7 | 17.24 | $ 120.68 | 01-29-2024 | | 7 | $ 15.38 | | $ 107.66 | 7 | - | $ 15.04 | | $ 13.02 | $ 13.02 |
| 10-27-2023 | 5.13019 | 14.21 | $ 72.90 | 01-29-2024 | | 5.13019 | $ 15.38 | | $ 78.90 | 5.13019 | - | $ 15.04 | | -$ 06.00 | -$ 06.00 |
| 10-27-2023 | 30 | 14.21 | $ 426.30 | 01-29-2024 | | 30 | $ 15.38 | | $ 461.40 | 30 | - | $ 15.04 | | -$ 35.10 | -$ 35.10 |
| 10-27-2023 | 7 | 14.21 | $ 99.47 | 01-29-2024 | | 7 | $ 15.38 | | $ 107.66 | 7 | - | $ 15.04 | | -$ 08.19 | -$ 08.19 |
| Total: | 501.77952 | | $ 8,403.03 | | | 501.77952 | | | $ 7,717.37 | 501.77952 | | | | $ 685.66 | $ 685.66 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $ 422.26 |
| DURALIFO* Total | $ 422.26 |
| Gross Shares Purchased | 540.77952 |
| Net Shares Retained | 540.77952 |
| Net Funds Expended | $8,726.34 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.